UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERRICK J. HINES and JAMICA S. HINES, ) ) Plaintiffs, ) ) v. ) ) JP MORGAN CHASE BANK, N.A., et al., ) ) Defendants. ) | No. 3-16-00239 Senior Judge Haynes |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 7) to deny Defendants' motion to dismiss (Docket Entry No. 4) and Plaintiffs' motion for remand (Docket Entry No. 6) and to dismiss this action for lack of subject matter jurisdiction. The parties have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion to dismiss (Docket Entry No. 4) and Plaintiffs' motion for remand (Docket Entry No. 6) are **DENIED as moot**. This action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of April, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge